# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Kelly Hicken
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:14cv00741 BSJ

Western Timber Frame v. Wright Timberframe

**RECEIVED JUN 1 7 2016 OFFICE OF U.S. DISTRICT JUDGE BRUCE S. JENKINS**

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Brett J. Davis
Dft     Anna Nelson

DATE: 06/17/2016    Time Start: 1:20 p.m. to Time End: 1:30 p.m.

MATTER SET: Status Report and Scheduling Conf

DOCKET ENTRY:

Counsel present for parties. Counsel notifies the court that they have decided to go into mediation and that they have selected a mediator.

Status conference set for 9/15/2016, at 1:15 p.m.