IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WESTERN TIMBER FRAME, a Utah corporation;<br>                Plaintiff,<br>v.<br>WRIGHT TIMBERFRAME, a Utah limited liability corporation;<br>                Defendant. | Case No. 2:14-CV-00741-BSJ<br><br>**SCHEDULING ORDER** |

A Status and Scheduling Conference was held before the Court on September 15, 2016. Plaintiff Western Timber Frame, Inc. was represented by Brett J. Davis of the law firm of Pia Anderson Moss Hoyt and Defendant Wright Timberframe, LLC was represented by Joseph E. Minnock of the law firm of Morgan, Minnock, Rice & Miner. Based upon the Court's discretion, and for other good cause shown

IT IS HEREBY ORDERD THAT:

1. A Daubert hearing will be scheduled for November 3, 2016 at 10:00 a.m. before Judge Bruce S. Jenkins. Defendant Wright shall produce its financial expert and survey expert at this time for examination.

2. A Pretrial Conference will be scheduled for November 3, 2016 at 1:30 p.m. before Judge Bruce S. Jenkins.

3. The parties shall submit a proposed pre-trial order on or before November 1, 2016.

Dated this 21st day of September 2016.

_____
Honorable Bruce S. Jenkins

Approved as to Form:

_/S/ Joseph E. Minnock_
Joseph E. Minnock
MORGAN, MINNOCK, RICE & MINER
136 South Main, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 531-7888
jminnock@mmrm.com